UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 06-143

UNITED STATES OF AMERICA v. Franklin Torres
                                          Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  Arturo Folston (ID# 27739-050), is now confined in FCI Fairton Federal Correctional Institution.

2.  Said individual will be required at the United States District Court before the Honorable Joseph A. Greenaway, Jr.. on Wednesday, June 6, 2007, at 9:00 a.m. for a Trial in the captioned case, in which he is a Witness and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 29, 2007

_____
Assistant United States Attorney
Petitioner  SETH KOSTO

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 5-29-07

_____
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS:   The United States of America to

WARDEN, FCI Fairton Federal Correctional Institution

WE COMMAND YOU that you have the body of Arturo Folston (by whatever name called or charged) now confined in FCI Fairton Federal Correctional Institution brought to the United States District Court before the Honorable Joseph A. Greenaway, Jr. in Newark, New Jersey on Wednesday, June 6, 2007 at 9:00 am, for a Trial in the above-captioned matter.  Immediately on completion of the proceedings, witness will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable Joseph A. Greenaway, Jr.
United States District Senior Judge at Newark, NJ.

DATED: 5/29/07

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
        Deputy Clerk